# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2151
LT Case No. 2020-CA-016377

_____

AMERICAN SECURITY INSURANCE
COMPANY,

> Appellant,

v.

STEPHEN KOONS,

> Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Scott Blaue, Judge.

Desislava K. Docheva, of Baker Donelson Bearman Caldwell &
Berkowitz, PC, Fort Lauderdale, for Appellant.

Matthew Struble, of Struble, P.A., Indialantic, for Appellee.


August 27, 2024

PER CURIAM.

> AFFIRMED.


SOUD, MacIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____